UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| John Bennett Strickland and | ) | Case No: 25-10772 |
| Suzan Brenner Strickland, | ) | |
| | ) | |
| Debtors. | ) | |

AFFIDAVIT REGARDING SERVICE OF PLAN

I, Samantha K. Brumbaugh, certify that service of the Plan [Doc. No.: 10] was served on January 12, 2026, by:

☒ Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

21st Mortgage Corporation
Attn: Officer/Managing Agent
620 Market Street
Knoxville, TN 37902-2231

Santander Consumer USA Inc
Attn: Officer/Managing Agent
1601 Elm Street Suite 800
Dallas, TX 75201-7260

☐ Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

This is the 12th day of January, 2026.

/s/ Samantha K. Brumbaugh
Samantha K. Brumbaugh
Attorney for Debtor
NCSB# 32379
Ivey, McClellan, Siegmund, Brumbaugh & McDonough LLP
Post Office Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Fax: (336) 274-4540
Email: sbk@iveymcclellan.com